PIONEER SAVINGS AND LOAN CO. v. DYER *et al.*

(Opinion filed October 2, 1901.)

Appeal from circuit court, Marshall county. HON. A. W. CAMPBELL, Judge.

Action by the Pioneer Savings and Loan Co., a corporation, against Anna M. Dyer and others. From a judgment in favor of plaintiff, defendants appeal. Reversed.

*T.H. Null and Byron Abbott,* for appellants.

*Geo. Bingham* and *Geo. D. Emery,* for respondent.

CORSON, J. The pleadings, findings, judgment, abstract, and briefs in this case are substantially the same, excepting as to dates and amounts, as those contained in the case of Association v. Wilkins (decided at the present term of this court) 15 S. D. —, 85 N. W. 994. As the questions involved in the two cases are identically the same, the further discussion of them is unnecessary. Following the decision in that case, the judgment of the court below is reversed, and that court is directed to enter judgment canceling the notes and mortgage executed by the defendants, and the certificate of stock, and enter judgment in favor of the defendants for the balance due on said contract.